IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ROBERT EARL MORGAN, § | |
|     Petitioner, § | |
| VS. § | CIVIL ACTION NO.4:06-CV-286-Y |
| § | |
| NATHANIEL QUARTERMAN, § | |
| Director, T.D.C.J. § | |
| Correctional Institutions Div., § | |
|     Respondent. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Robert Earl Morgan under 28 U.S.C. § 2254, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on April 4, 2007; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on April 27, 2007.

The Court, after <u>de novo</u> review, concludes that Morgan's objections must be overruled, and that the petition for writ of habeas corpus should be denied, for the reasons stated in the respondent's answer at sections IV-V, pages 8-22, and for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Robert Earl Morgan's petition for writ of habeas corpus is DENIED.

SIGNED May 2, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE